## SUPREME COURT—IN BANCO.

### JANUARY TERM—1875.

*Harris and Judd, J. J.*

#### Paona vs. Heanu.

WHERE an appeal bond is required it is not sufficient to deposit with the clerk of the Court in lieu thereof a sum of money less than the amount of the bond.

On appeal from the Police Justice of Honolulu.

Plaintiff appellee moved that the appeal be dismissed on the ground that the appellant had not filed a bond for costs in the sum of one hundred dollars, as required by the Act of June 3d, 1872, amending Section 1006 of the Civil Code. Appellant's counsel had not filed such bond, but had deposited with the clerk of the Court the sum of twenty dollars in lieu thereof.

BY THE COURT:

We are of the opinion that the statute is peremptory, and that the bond not being filed the appeal is not properly perfected. If one hundred dollars had been deposited in lieu of the bond for one hundred dollars, we might have held the statute complied with. Appeal dismissed.

Honolulu, January 13th, 1875.